UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David A. Schmidt, | Civil 06-897 (RHK/FLN) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 11, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 5) is **ADOPTED**;

2. Plaintiff's application to proceed without prepayment of fees (Doc. No. 2) is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: June 7, 2006

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge